# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHANIE FERRANTE

VERSUS

RECREATION DISTRICT NO. 1,
PARISH OF ST. TAMMANY, A
POLITICAL SUBDIVISION OF THE
STATE OF LOUISIANA, AND
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT

NO.  2025 CW 0670

SEPTEMBER 18, 2025

---

In Re:    T.H.E. Insurance Company and Covington Carnival Club,
          Inc., applying for supervisory writs, 21st Judicial
          District Court, Parish of St. Tammany, No. 202311878.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

   **WRIT DENIED.**

                              **SMM**
                              **BDE**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT